1004

No. 85–1804.   WEST *v.* CONRAIL ET AL.   C. A. 3d Cir.   Certiorari granted.

No. 85–1043.   PILOT LIFE INSURANCE CO. *v.* DEDEAUX. C. A. 5th Cir.   Certiorari granted and case set for oral argument in tandem with No. 85–686, *Metropolitan Life Insurance Co.* v. *Taylor* [certiorari granted, 475 U. S. 1009], and No. 85–688, *General Motors Corp.* v. *Taylor* [certiorari granted, 475 U. S. 1009].

No. 85–1494.   FORELAWS ON BOARD ET AL. *v.* JOHNSON ET AL. C. A. 9th Cir.   Certiorari denied.

No. 85–1587.   AGEE ET AL. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 85–1624.   ROSENFIELD *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 85–1659.   COAST CATAMARAN CORP. ET AL. *v.* HASSINGER, ADMINISTRATOR OF THE ESTATE OF HASSINGER, ET AL.; and

No. 85–1786.   TIDELAND ELECTRIC MEMBERSHIP CORP. *v.* HASSINGER, ADMINISTRATOR OF THE ESTATE OF HASSINGER, ET AL.   C. A. 4th Cir.   Certiorari denied.   Reported below: 781 F. 2d 1022.

No. 85–1717.   WRODA *v.* ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 85–1755.   LEBER *v.* PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL RESOURCES ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 85–1805.   ROSS ET AL. *v.* AFP IMAGING CORP.   C. A. 2d Cir.   Certiorari denied.

No. 85–1809.   MILLER CURTAIN CO., INC. *v.* RUIZ.   Sup. Ct. Tex.   Certiorari denied.

No. 85–1816.   ALPINE CONSTRUCTION CO. ET AL. *v.* FRICK CONSTRUCTION CO., BY ITS TRUSTEE, RAVICK.   C. A. 3d Cir. Certiorari denied.